UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| MAURICE MUHAMMAD, | : |
| Plaintiff, | : |
| | : |
| v. | : No. 5:18-cv-02647 |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| EDUCATION; | : |
| SIEGFRIED ELEMENTARY SCHOOL | : |
| NORTHAMPTON PA; | : |
| RENEA SALITT, *(School Administrator)* | : |
| *Principal*;[1] | : |
| CYNTHIA CORA HOCH SNYDER, | : |
| *(School Admin 2nd Gr Teacher)*;[2] | : |
| JOSEPH S. KOVALCHIK, *(Super* | : |
| *Intendant)*; | : |
| SCHOOL COUNSELORS; | : |
| BLAKE LAST NAME UNKNOWN | : |
| *(Student)*; and | : |
| PARENTS OF BLAKE STUDENT, | : |
| *(Unknown)*, | : |
| Defendants. | : |

_____

# **O R D E R**

**AND NOW**, this 1st day of October, 2019, upon consideration of the pending motion to dismiss and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Defendants' Motion to Dismiss, ECF No. 20, is **GRANTED in part and DENIED in part as MOOT** as follows:

    A. The Defendants' motion to dismiss for insufficient service is granted.

---

[1] The correct spelling of this Defendant's name is Renee Sallit.
[2] The correct spelling of these two Defendants' names are Cynthia Hoch and Cora Snyder.

B. The Defendants' motion to dismiss for lack of subject matter jurisdiction, failure to state a claim, or, in the alternative, motion for a more definitive statement is denied as moot.

2. The Plaintiff's Complaint is **DISMISSED without prejudice**.

3. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court